IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTONIO SAEZ,        : | |
|     Plaintiff,    : | |
|            : | |
| v.              : | CIVIL ACTION NO. 21-CV-512 |
|            : | |
| NATIONWIDE INSURANCE, *et al*.  : | |
|     Defendants.   : | |

### ORDER

AND NOW, this 24th day of March, 2021, *pro se* litigant Antonio Saez having submitted a Complaint (ECF No. 1) and a Motion to Proceed *In Forma Pauperis* (ECF No. 4), it is **ORDERED** that:

1. The Complaint is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and Federal Rule of Civil Procedure 8.

2. If Saez seeks to proceed by way of a civil rights complaint in this Court, he must, within thirty (30) days of the date of this Order, file an amended complaint. Any amended complaint must identify all defendants in the caption of the amended complaint in addition to identifying them in the body of the amended complaint, and shall clearly state the basis for Saez's claims against each defendant. The amended complaint shall be a complete document that does not rely on the initial letter Complaint or other papers filed in this case to state a claim. When drafting his amended complaint, Saez should be mindful of the Court's reasons for dismissing his initial Complaint as explained in this Order and the accompanying Memorandum. Upon the filing of an amended complaint, the Clerk shall not make service until so **ORDERED** by the Court.

3.	The Clerk of Court shall also mail Saez a blank copy of the Court's form complaint bearing the above civil action number, which he may use to file an amended complaint that complies with Federal Rules of Civil Procedure 8 and 10 by clearly setting out the names of the parties in the caption.  This form is also available on the Court's website http://www.paed.uscourts.gov/documents/forms/frmcgenf.pdf.

4.	If Saez fails to comply with this Order his case may be dismissed without further notice.

**BY THE COURT:**

*/s/* **C. Darnell Jones, II**
**C. Darnell Jones, II  J.**